S. PRESTON JONES, appellant,

*v.*

JOHN ROWBOTHAM and HARRISON ROBBINS, respondents.

On appeal from an order of the chancellor, whose opinion is reported in *Rowbotham* v. *Jones, 2 Dick. Ch. Rep. 337.*

*Mr. Samuel H. Grey,* for the appellant.

*Mr. George M. Robeson,* for the respondents.

Jones *v.* Rowbotham.

PER CURIAM.

Decree affirmed, for reasons given by the chancellor.

*For affirmance*—THE CHIEF-JUSTICE, DEPUE, DIXON, GAR-RISON, KNAPP, MAGIE, REED, SCUDDER, VAN SYCKEL, BROWN, CLEMENT, SMITH—12.

*For reversal*—None.